

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00462-CV

Francine **ALCANTAR** and Steven Alcantar,
Appellants

v.

**TRINITY ROOFING AND RESTORATION, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV06778
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: October 2, 2024

DISMISSED FOR LACK OF JURISDICTION

Appellants seek to appeal a judgment signed on July 2, 2024. The clerk's record was filed on September 4, 2024. After reviewing the record, it appeared that the judgment did not dispose of all claims in dispute between the parties. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) ("[W]hether a judicial decree is a final judgment must be determined from its language and the record in the case."). Specifically, the judgment does not dispose of a counterclaim asserted in appellants' June 24, 2024 "testamony [sic], facts, and counter suit [sic]." No severance order appears in the record, and the judgment does not state that it disposes of all parties and all claims.

*See id.* at 206. An order that does not dispose of all parties and causes of action is not final and appealable. *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Because no final order has been entered in the underlying case, this court ordered appellants to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellants filed a response, but the response does not establish this court's jurisdiction over their appeal. Instead, the response confirms that appellants are attempting to pursue an appeal from an unappealable, interlocutory order. We therefore dismiss this appeal for lack of jurisdiction.

PER CURIAM